## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Roberto Sanchez and Lillian Sanchez, | **Case No.: 0:21-cv-02507-DSD-HB** |
| Plaintiffs, | **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |
| v. | |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union LLC, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiffs Roberto and Lillian Sanchez ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Trans Union only. Plaintiff also requests the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 10th day of January 2022,

By: */s/Jenna Dakroub*
Jenna Dakroub, MN #0401650
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5513
Fax: (818) 600-5413
E: jenna@pricelawgroup.com
*Attorneys for Plaintiffs,*
*Roberto Sanchez and Lillian Sanchez*

1