**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Roberto Sanchez and Lillian Sanchez, | **Case No.: 0:21-cv-02507-DSD-HB** |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |
| v. | |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union LLC, | |
| Defendants. | |

Please take notice that Plaintiffs Roberto and Lillian Sanchez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss with prejudice this action against Defendant Trans Union LLC, Only.  Voluntary dismissal with prejudice is proper without a court order because there has been no Answer or responsive pleading filed.

RESPECTFULLY SUBMITTED this 14th day of February 2022,

By: */s/Jenna Dakroub*
Jenna Dakroub, MN #0401650
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5513
Fax: (818) 600-5413
E: jenna@pricelawgroup.com
*Attorneys for Plaintiffs,*
*Roberto Sanchez and Lillian Sanchez*

1