## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Roberto Sanchez and Lillian Sanchez,<br><br>Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services, LLC; and<br>Trans Union LLC,<br><br>Defendants. | **Case No.: 0:21-cv-02507-DSD-TNL**<br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Before the Court is the parties' stipulation of dismissal with prejudice of Defendant Experian Information Solutions, Inc. After careful review, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Experian Information Solutions, Inc. The Clerk of Court shall dismiss this matter as there are no remaining defendants.

Dated: September 14, 2022

s/David S. Doty
David S. Doty, Judge
United States District Court